UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARJON ROW,

        Plaintiff,        CIV S-05-1605 FCD PAN PS

    v.

CALIFORNIA HIGHWAY PATROL,        ORDER

        Defendant.

—oOo—

    On February August 12, 2005, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Plaintiff states in her affidavit that she has been unemployed since mid-April from a job that paid $2100 a month; is receiving monthly disability payments of $740 and monthly rent of $390 from a "temporary roommate;" that she owns a home valued at $360,000 and a car worth $10,000; that she has secured a $3,500 loan to cover her mortgage and car payment; and that she has no

dependents.

The affidavit provides insufficient information to evaluate whether plaintiff can pay or give security for court costs and still be able to provide herself with the necessities of life.  See <u>Adkins v. E.I. Dupont de Nemours & Co</u>., 335 U.S. 331, 339 (1948).

Accordingly, plaintiff is directed to file within ten days of service of this order an accounting of her monthly expenses, including her mortgage and car payment.  The court will then resume consideration of plaintiff's application to proceed in forma pauperis.

So ordered.

Dated:  August 29, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge