IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARJON ROW,

         Plaintiff,         CIV. S-05-1605-FCD-PAN-PS

    v.

CALIFORNIA HIGHWAY PATROL,         ORDER

         Defendant.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On November 10, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied. Plaintiff failed timely to object to the magistrate's findings and recommendations but subsequently filed a letter indicating that her monthly income is $2,971 rather than $2,700 as submitted to the Magistrate Judge. The amended figure does not lend further support to plaintiff's

1  application to proceed in forma pauperis.

2       The court has reviewed the file and finds the findings
3  and recommendations to be supported by the record and by the
4  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
5  that:

6       1.  The Findings and Recommendations filed November 10,
7  2005, are adopted in full; and

8       2.  Plaintiff's motion to proceed in forma pauperis is
9  denied.  Plaintiff must pay the filing fee within 30 days of this
10 order or the clerk of court is directed to close this file.

11 DATED:February 13, 2006

13     /s/ Frank C. Damrell Jr.
       FRANK C. DAMRELL JR.
14     United States District Judge