UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARJON ROW,

        Plaintiff,

        v.                                    CIV S-05-1605 FCD PAN PS

CALIFORNIA HIGHWAY PATROL,

        Defendant.                         ORDER

—o0o—

        On February 13, 2006, the Honorable Frank C. Damrell, Jr., adopted this court's November 10, 2005, findings and recommendation that plaintiff's application to proceed in forma pauperis be denied and plaintiff be accorded thirty days within which to pay the filing fee and file a proper complaint in lieu of the box of documents she submitted in August.

        Plaintiff timely paid the filing fee. Plaintiff's one-line "Motion to Dismiss," filed February 16, 2006, will denied as moot.[1] However, plaintiff has failed to file a complaint in this action. As stated in this court's November 10, 2005, findings and recommendations:

---

[1] Plaintiff submitted her first check to the Clerk of Court on February 15, 2006, but stopped payment and filed a one-line "Motion to Dismiss." The Clerk informed plaintiff on February 27, 2006, that she had ten days within which to submit the $250 filing fee plus an additional $45 processing fee. On March 1, 2006, plaintiff submitted the increased fee and filed a letter addressed to Judge Damrell explaining she had cancelled her prior check and filed her "motion to dismiss" because she was unsure whether to proceed with this case.

1  Should plaintiff proceed by paying the filing fee, she should be required to file simultaneously a
2  complaint that conforms with the requirements of Fed. R. Civ. P. 8(a) and E. D. Cal. L. R. 8-204.
   Plaintiff has submitted to the court a standard size cardboard box filled with papers and a letter, a
3  copy of which was filed August 12, asking for guidance as to how to proceed in her claim under
   the Americans with Disabilities Act, 42 U.S.C. § 12111 et seq. The court cannot assume such an
4  advisory role and plaintiff appears fully capable of representing herself. Upon plaintiff's request,
   the Clerk of Court should return to plaintiff the box of documents designated Docket #5.

5  Plaintiff's letter filed August 12 does not adequately inform the court of the facts of this

6  case or plaintiff's claims.  To maintain this action, plaintiff must file a complaint that conforms

7  with Fed. R. Civ. P. 8(a), which provides in pertinent part:

8  A pleading which sets forth a claim for relief . . . shall contain (1) a short and plain statement of the
   grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and
9  the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the
   claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the
10 pleader seeks. Relief in the alternative or of several different types may be demanded.

11 The complaint need not be presented in "legalese" but requires only that plaintiff set forth all

12 pertinent facts, her claims and her requested relief.  The complaint should name all defendants.

13 Accordingly, plaintiff is hereby directed to file her complaint within twenty (20) days of

14 service of this order.  Failure timely to file a complaint will result in a recommendation this

15 action be dismissed.

16 For the foregoing reasons, plaintiff's February 16, 2006 motion to dismiss is DENIED.

17 Plaintiff SHALL FILE A COMPLAINT within twenty (20) days from the date of this order.

18 Failure to file a complaint will result in a recommendation that this action be dismissed.

19 DATED: March 7, 2006.

UNITED STATES MAGISTRATE JUDGE

26 006:mrow.1605.ord