IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARJON ROW,

    Plaintiff,                                CIV-S-05-1605 FCD PAN (GGH) PS

    vs.

CA. HIGHWAY PATROL,

    Defendant.                             ORDER

_____/

       On June 21, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

       Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1   Accordingly, IT IS ORDERED that:

2   1.  The Proposed Findings and Recommendations filed June 21, 2006, are

3  ADOPTED; and

4   2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

5  Civ. P. 41(b).

6  DATED: August 4, 2006

8   /s/ Frank C. Damrell Jr.
    FRANK C. DAMRELL JR.
9   United States District Judge